IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD MOSES,**

    **Plaintiff,**

vs.                                                                    Case No.: 2:15-cv-2853
                                                                                       JUDGE SMITH
                                                                                       Magistrate Judge Deavers

**EXTENDICARE HEALTH
SERVICES, INC.,** *et al.***,**

    **Defendants.**

## ORDER

On December 22, 2015, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's Motion to Amend be denied and that Plaintiff's Motion to Remand be denied.  (*See Order and Report and Recommendation*, Doc. 17).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Motion to Amend is hereby **DENIED** and Plaintiff's Motion to Remand is **DENIED**.

The Clerk shall remove Documents 6 and 17 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                              */s/ George C. Smith*                
                                                              **GEORGE C. SMITH, JUDGE**
                                                              **UNITED STATES DISTRICT COURT**